# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Proceeding |
| | ) | |
| Little Lamb Scholastic Academy, Inc. | ) | Case No.: 09-46211 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

## NOTICE OF MOTION

See attached service list.

**PLEASE TAKE NOTICE** that on **Wednesday, January 13, 2010 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jacqueline P. Cox, Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, courtroom 619, or before any other judge who may be sitting in his stead, and shall then and there present the attached: MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 21, 2009 he caused the below listed parties to be served by United States Postal Service by first class mail, postage prepaid, from 330 N.Wabash Avenue, Chicago, Illinois 60611, before 5:00 P.M. on that date, a copy of the foregoing Notice of Motion and Motion for Relief from the Automatic Stay, or electronically by virtue of the CM/ECF system, as indicated above.

/s/ Alan Ehrenberg
Alan Ehrenberg
aehrenberg@ehrenbergeganlaw.com
EHRENBERG & EGAN, LLC
330 N. Wabash Avenue, Suite 2905
Chicago, Illinois 60611
(312) 253-8640

| | |
|---|---|
| Little Lamb Scholastic Academy, Inc.<br>10126 S. Western Ave.<br>Chicago, IL 60643<br>*Debtor*<br>Via U.S. Mail | Forrest L. Ingram<br>79 W. Monroe St., Suite 900<br>Chicago, IL 60603<br>*Debtor's Attorney*<br>Via CM/ECF |
| William T. Neary<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604<br>*Trustee*<br>Via CM/ECF | Canon Copier<br>311 S. Wacker<br>Chicago, IL 60606<br>Via U.S. Mail |
| Archdiocese of Chicago<br>Office of Legal Counsel<br>835 N. Rush St.<br>Chicago, IL 60611<br>Via U.S. Mail | Great American Finance Company<br>c/o Heller & Fristone, Ltd.<br>33 N. LaSalle St., Suite 1200<br>Chicago, IL 60602<br>Via U.S. Mail |
| Fun Ones, Inc.<br>c/o Grabowski Law Center<br>1400 E. Lake Cook Road, Suite 110<br>Buffalo Grove, IL 60089\<br>Via U.S. Mail | Perfect Copy, Inc.<br>c/o Edgerton & Edgerton<br>125 Wood St.<br>West Chicago, IL 60186<br>Via U.S. Mail |
| Il. Dept. of Employment Security<br>P.O. Box 803412<br>Chicago, IL 60680-3412<br>Via U.S. Mail | Tumblebears Gymnastics, Inc.<br>c/o J. W. Lindsay<br>P.O. Box 5908<br>Bloomington, IL 61702<br>Via U.S. Mail |
| Third Baptist of Chicago<br>1551 W. 95th St.<br>Chicago, IL 60620<br>Via U.S. Mail | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Proceeding |
| | ) | |
| Little Lamb Scholastic Academy, Inc. | ) | Case No.: 09-46211 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION**

Highland Community Bank ("Highland"), by its attorneys Ehrenberg & Egan, LLC, moves this Court for entry of an Order modifying the Automatic Stay to allow Highland to proceed with the sale of its collateral, pursuant to 11 U.S.C. §362(d), and in support thereof, states as follows:

1. On December 7, 2009, Little Lamb Scholastic Academy, Inc. ("Debtor") filed a petition for relief under 11 U.S.C. Chapter 11.

2. The first meeting of creditors is scheduled for January 12, 2010.

3. Highland is a secured creditor of the Debtor pursuant to various promissory notes and mortgages on property commonly known as 10126 South Western Avenue, Chicago, IL 60643 ("Western") in the principal amounts of $760,000.00, $150,000.00 and $150,000.00, respectively.

4. Highland's lien interest on the property is not adequately protected since there is no equity in the property, payments are not being made to Highland, and the property continues to depreciate in value.

5. Judgment for Foreclosure and Sale was entered on July 15, 2008 with an amount due of $1,196,834.40. (*See* Judgment of foreclosure, attached hereto as Exhibit A.)

6. The sale pursuant to the judgment of foreclosure and sale was extended

numerous times as the parties entered into a forbearance agreement.  (*See* Forbearance Agreement, attached hereto as Exhibit B.)

7.   The Debtor has defaulted on the terms of the Forbearance Agreement by failing to make the payments as required.  A judicial sale had been scheduled for December 15, 2009, but was cancelled due to the bankruptcy petition filed herein.

8.   Highland will be irreparably harmed if it is not allowed to foreclose on its mortgage.

WHEREFORE, Highland Community Bank prays that this Court enter an Order granting Highland Community Bank relief from the automatic stay to allow Highland Community Bank to proceed with the Judicial Sale previously set for December 15, 2009, and for such other relief as the Court deems just.

HIGHLAND COMMUNITY BANK

By:      /s/ Alan I. Ehrenberg
          Alan I. Ehrenberg

Alan I. Ehrenberg
aehrenberg@ehrenbergeganlaw.com
Ehrenberg & Egan, LLC
330 N. Wabash Ave., Suite 2905
Chicago, IL 60611
(312) 253-8640