## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LITTLE LAMB SCHOLASTIC ACADEMY INC. | ) ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor and Debtor in Possession. | ) ) | Case No. 09-46211 |
| | ) ) | Hearing: January 5, 2010 at 9:30 am |

### ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the application of the Debtor and Debtor in Possession, **LITTLE LAMB SCHOLASTIC ACADEMY, INC.**, for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as its attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession are authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Vik Chaudhry Michael V. Ohlman, E. Phillip Groben and **FORREST L. INGRAM, P.C.** to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties, and that **FORREST L. INGRAM, P.C.**, may apply for fees every two months that Debtor is in Chapter 11.

This order is effective retroactively to December 7, 2009.

Dated: 1/5/10

BY THE COURT

*J. Cox* *Jacqueline P. Cox*

The Honorable Judge Jacqueline Cox
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.