UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX**    Hearing Date January 13, 2010

**Bankruptcy** 09 B 46211    **Adversary**

**Title of Case** Little Lamb Scholastic Academy, Inc

**Brief Statement of Motion** Motion of Highland Community Bank to Modify the Automatic Stay

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED, Response of the above motion is due on or before 1/23/10; Reply to the response is due on or before 1/29/10. This matter will be heard on 2/2/10 at 2:00 p.m. before Judge Cox.

*/s/ Jacqueline P. Cox*

UNITED STATES BANKRUPTCY JUDGE