IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Little Lamb Scholastic Academy, Inc. | ) | Case No. 09-46211 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | Hearing: 3/2/2010 at 9:30 a.m. |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that I will appear on **March 2, 2010 at 9:30 a.m.**, before the Honorable Jacqueline P. Cox, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the First and Final Application for Compensation for Professional Services and for and Reimbursement of Expenses of Forrest L. Ingram, P.C., attorneys for the Debtor and Debtor in Possession, and request entry of orders in accordance with these applications. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Vik Chaudhry, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document, to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on February 9, 2010.

/s/ Vik Chaudhry

## SERVICE LIST

**By ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn, 8th Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov

**By U.S. Mail**

Little Lamb Scholastic Academy, Inc.
1431 Troon
Flossmoor, IL 60422

Alan Ehrenberg
Ehrenberg & Egan, LLC
330 N. Wabash Ave., Suite 2905
Chicago, IL 60611

Illinois Dept. of Employment Security
PO Box 803412
Chicago, IL 60680

Archdiocese of Chicago
Office of Legal Counsel
835 N. Rush St.
Chicago, IL 60611

Canon Copier
311 S. Wacker
Chicago, IL 60606

Fun Ones, Inc.
c/o Grabowski Law Center
1400 E. Lake Cook Rd., Suite 110
Buffalo Grove, IL 60089

Great American Finance Company
c/o Heller & Fristone, Ltd.
33 N. LaSalle, Suite 1200
Chicago, IL 60602

Perfect Copy, Inc.
c/o Edgerton & Edgerton
125 Wood Street
West Chicago, IL 60186

Third Baptist of Chicago
1551 W. 95th St.
Chicago, IL 60620

Tumblebears Gymnastics, Inc.
c/o J.W. Lindsay
P.O. Box 5908
Bloomington, IL 61702

Gary & Pamela Walker
1431 Troon
Flossmoor, IL 60422-4344

IDES
33 S. State St., 10th Floor
Chicago, IL 60603-2803

Highland Community Bank
1701 W. 87th St.
Chicago, IL 60620-4899

IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Little Lamb Scholastic Academy, Inc. | ) | Case No. 09-46211 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | Hearing: 3/2/2010 at 9:30 a.m. |

**FIRST AND FINAL APPLICATION FOR COMPENSATION
FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF
EXPENSES IN CASE NO. 09-46211 OF FORREST L. INGRAM, P.C.**

FORREST L. INGRAM, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession Little Lamb Scholastic Academy, Inc. (the "Debtor"), hereby makes its first and final application for compensation (this "Application") pursuant to Section 331 of the United States Bankruptcy Code and Rule 2016 and Local Rule 607 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from December 7, 2009 through February 5, 2010. In support of this Application, Applicant states as follows:

1. On December 7, 2009, Debtor entered into an engagement agreement with Applicant for a Chapter 11 case.

2. On December 7, 2009, Applicant filed, on Debtor's behalf, the petition for relief under chapter 11, Case No. 09-46211.

3. On January 5, 2009, the Court entered an order in this case allowing employment of Applicant as Debtor's attorneys, retroactive to December 7, 2009. A copy of the order is attached hereto as **Exhibit A.**

4. Applicant has performed numerous legal services for the Debtor thus far in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from December 7, 2009 through February 05, 2010 are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B**, attached hereto. A copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objection, if any. The Debtor has not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. Applicant's billing detail, arranged *by attorneys*, is attached hereto as **Exhibit C**.

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D**.

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period December 7, 2009 through February 5, 2010 in the sum of **$8,682.50**.

9. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the Chapter 11 case, including, but not limited to, preparing and filing the Debtor's schedules, drafting and filing motions on behalf of the Debtor, and attending the Debtor's Initial Debtor Interview.

10. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 34.2 hours of services during the current period. The hours, broken down by natures are summarized in **Exhibit B**. They are as follows:

   a. <u>Admin</u> Approximately 20 hours of time and services were rendered in connection with matters that were administrative in nature, including, but not limited to, preparing and filing the Debtor's schedules, preparing for and representing the Debtor at its 341(a) meeting, drafting and filing motions and responses on behalf of the Debtor, conferencing with the Debtor about various issues in the chapter 11, and serving various motions and pleadings on behalf of the Debtor. For these services, Applicant seeks $4,587.00.

   b. <u>CM</u> Approximately 4.4 hours of time and services were rendered in connection with contested matters, including, but not limited to reviewing motions to lift the automatic stay, and attempting to negotiate with Highland Bank on behalf of the Debtor.

   c. <u>Cred</u> Approximately 0.1 hours of time and services were rendered in connection with speaking to the Debtor's creditors as to their inquiries into the Debtor's chapter 11 case. For such services, Applicant seeks $19.50.

   d. <u>Employ</u> Approximately 2.5 hours of time and services were rendered in connection with filing a motion to employ the Applicant as Debtor's counsel and appearing in court on motion to employ. For such services, Applicant seeks $591.00.

    e. **Fee** Approximately 2.2 hours were spent drafting and preparing the first and only fee application. For such services, Applicant seeks $480.00

    f. **Pre-Tr** Approximately 1.4 hours of time and services were rendered in connection with pre-trial matters, including, but not limited to, appearing at the Initial Debtor Interview on behalf of the Debtor, and appearing in court on motion to extend deadline to respond to motion to lift the stay. For such services, Applicant seeks $277.00

    g. **Resrch** Approximately 1.2 hours of time and services were rendered in connection with researching issues directly related to the Debtor's chapter 11 case, including, but not limited to, Highland Bank's motion to lift the stay. For such services, Applicant seeks $234.00.

    h. **Trste** Approximately 2.4 hours of time and services were rendered corresponding with the Gretchen Silver, the Trustee. For such services, Applicant seeks $693.50.

11. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 34.2 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

    a. **Attorney Forrest L. Ingram** provided approximately 9.7 hours of service at $440.00 per hour, including all phases of the chapter 11 case.

    b. **Attorney Helena Milman** provided approximately 0.5 hours of administrative work at $250.00 per hour.

    c. **Attorney Michael Ohlman** provided approximately 4.3 hours of service at $200.00 per hour, including all phases of the chapter 11 case.

    d. **Attorney Phillip Groben** provided approximately 0.5 hours of administrative work at $175.00 per hour.

    e. **Attorney Vik Chaudhry** provided approximately 15 hours of service at $175.00 per hour, including all phases of the chapter 11 case.

    f. **Legal Clerk Brad Opfermann** provided approximately 4.2 hours of service at $90.00 per hour, including all phases of the chapter 11 case.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. Applicant has also expended costs in providing services to Debtor. Such costs, including filing fees, are set forth in **Exhibit E**, attached hereto. For such costs, Applicant seeks reimbursement in the sum of **$1,039.00**.

14. Towards payment of its pre-petition retainer, to date, Debtor has advanced Applicant an amount of $6,469.00 for professional services and $1039.00 for filing fees.

15. This Application and a Notice of Hearing on the First and Final Application has been sent to the Debtor, to the U.S. Trustee, to parties entitled to notice, and to all other creditors and parties in interest. A certificate of service has been filed with the Clerk of the Court.

16. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's Counsel in the sum of $8,682.50 for services for the period from December 7, 2009 through February 05, 2010, plus costs of $1,039.00. Applicant asks that it be granted leave to apply the retainer of $6,469.00 and the $1,039 filing fee advanced by the Debtor towards the amounts awarded by this Court. Applicant asks that the court authorize and direct the Debtor to pay the remaning fee of $2,213.50 within thirty (30) days. Applicant asks for such other relief as may be appropriate.

                Respectfully submitted,

                FORREST L. INGRAM, P.C.

                /s/ Forrest L. Ingram
                Attorney for Debtor

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax