## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Little Lamb Scholastic Academy, Inc. | ) | Case No. 09-46211 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | Hearing: 3/2/2010 at 9:30 a.m. |
| | ) | |

## ORDER OF WITHDRAWAL OF OBJECTION

This matter coming to be heard on Debtor's counsel's Motion for First and Final Application for Compensation for Professional Services and for Reimbursement of Expenses, proper notice having been given and the Court being duly advised in the premises:

IT IS ORDERED THAT:

Debtor's counsel's Motion for First and Final Application for Compensation for

Professional Services and for Reimbursement of Expenses is withdrawn without prejudice.

Dated: 3/2/10

BY THE COURT:

*J. Cox*  *Jacqueline P. Cox*

The Honorable Jacqueline P. Cox
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.